In the Matter of The City of New York, Appellant, Relative to Acquiring Title to Real Property Required for the Widening of Southern Boulevard and Other Streets in the Borough of The Bronx. Service Diners, Inc., Respondent.— Second supplemental and amended final decree unanimously affirmed, with costs to the respondent. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See 268 App. Div. 769.]

The People of the State of New York, Respondent, v. Salvatore Oddo, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of Frances Blumenthal, Appellant, against Edward S. McSweeney et al., Constituting the Medical Board of the Teachers' Retirement Board, et al., Respondents. — Order unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

## Second Department, April, 1944.
## (April 3, 1944.)

Nick Corea et al., Appellants, v. Herman P. Ruthenberg et al., Respondents, et al., Defendants.— Motion for leave to appeal to the Court of Appeals denied. [See ante, p. 875.] Present — Close, P. J., Hagarty, Carswell, Lewis and Aldrich, JJ.

Joseph F. Coufal, Respondent, v. Efstathios Demertgsis et al., Appellants. — Motion for leave to appeal to the Appellate Division granted. [See 181 Misc. 370.] Present — Close, P. J., Hagarty, Carswell, Lewis and Aldrich, JJ.

Evelyn Dixon, as Administratrix of the Estate of Norman K. Dixon, Deceased, Respondent, v. Bates Chevrolet Corporation et al., Appellants, et al., Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. [See ante, p. 879.] Present — Close, P. J., Hagarty, Carswell, Lewis and Aldrich, JJ.

Evelyn Dixon, as Administratrix of the Estate of Norman K. Dixon, Deceased, Respondent, v. Bates Chevrolet Corporation et al., Appellants, et al., Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. [See ante, p. 879.] Present — Close, P. J., Hagarty, Carswell, Lewis and Aldrich, JJ.

In the Matter of the Estate of Max Cohen, Deceased. Rose M. Rosen et al., as Administrators, Respondents; Rose Cohen, Appellant.— Motion for leave to appeal to the Court of Appeals denied. [See ante, p. 881.] Present — Close, P. J., Hagarty, Carswell, Lewis and Aldrich, JJ.

Michael Levine, Individually and as a Stockholder and Officer of Glenmore Metalcraft Corporation, Respondent, et al., Plaintiffs, v. Abe B. Karron, Individually and as an Officer of Said Corporation, et al., Defendants, and Glenmore Metalcraft Corporation, Defendant-Appellant.— Motion for reargument denied, with ten dollars costs. [See ante, pp. 766, 821.] Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

Anne Pendal et al., Respondents, v. Christensen Bakery, Inc., et al., Appellants, et al., Defendants. (Action No. 1.) Sam Goldman et al., Respondents, v. Christensen Bakery, Inc., et al., Appellants. (Action No. 2.) — Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Close, P. J., Hagarty, Carswell, Lewis and Aldrich, JJ.